# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Irene Kendrell, Personal Representative of The Estate of Anthony Kendrell | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.: 17-cv-0229 |
| | : | |
| Jim Mattis, Secretary of the U.S. Department of Defense | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW this _____ day of _____, 2017, upon consideration of Counsel for Plaintiff's Motion for Leave to Withdraw as Counsel, and any response thereto, it is hereby ORDERED and DECREED that Counsel's Motion is GRANTED, and the Clerk shall mark counsel's representation TERMINATED.

This action is STAYED thirty (30) days from the date of entry of this Order within which Plaintiff may enter her substitute counsel's appearance or her own, *pro se*.

**AND IT IS SO ORDERED.**

_____
,J.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Irene Kendrell, Personal Representative of : | | |
| The Estate of Anthony Kendrell | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vi. | : | NO.: 17-cv-0229 |
| | : | |
| Jim Mattis, Secretary of the U.S. | : | |
| Department of Defense | : | |
| | : | |
| Defendant. | : | |

### **COUNSEL FOR PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pending before this Honorable Court is the above-captioned action in civil rights, *inter alia*.

However, "…[p]rofessional considerations require termination of the representation…" RPC **explanatory comment** [3] ("the lawyer's [said] statement…ordinarily should be accepted as sufficient."); 1.16 (a)(3), (b)(1), (4) & (7).

If this Honorable Court does not accept the above statement as "sufficient," counsel respectfully requests an off-the-record, *ex parte* conference for further determination so that counsel can abide RPC 1.6 via 3.3.

Under separate cover, Plaintiff has been advised (subject to attorney-client privilege) of the undersigned's instant Motion for Leave to Withdraw and of her obligation to immediately seek substitute counsel or enter her appearance, *pro se*, in the event this Motion is granted.

This Motion has also been served upon Plaintiff.

WHEREFORE, Counsel for Plaintiff requests this Honorable Court's leave to withdraw as counsel herein consistent with the attached proposed Order.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
PA Attorney ID #: 85570
7 S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax
mweisberg@weisberglawoffices.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Irene Kendrell, Personal Representative of The Estate of Anthony Kendrell | : : : | |
| Plaintiff, | : : | |
| v. | : : | NO.: 17-cv-0229 |
| Jim Mattis, Secretary of the U.S. Department of Defense | : : : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 3rd day of April, 2018, a true and correct copy of the foregoing Counsel for Plaintiff's Motion for Leave to Withdraw as Counsel was served via ECF and regular mail, respectively, upon the following parties:

Margaret L. Hutchinson, Esq.
Scott W. Reid, Esquire
United States Attorney's Office
615 Chestnut St., Suite 1250
Philadelphia, PA 19106

Ms. Irene Kendrell
22 Cypress Rd.
Burlington, NJ 08016

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
PA Attorney ID #: 85570
7 S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax
mweisberg@weisberglawoffices.com
*Attorney for Plaintiff*