# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRENE KENDRELL, PERSONAL REPRESENTATIVE OF THE ESTATE OF ANTHONY KENDRELL, | : CIVIL ACTION |
| Plaintiff, | : No. 17-229 |
| v. | : |
| JIM MATTIS, SECRETARY OF THE U.S. DEPARTMENT OF DEFENSE, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 19th day of June, 2018, upon consideration of Defendant Secretary Jim Mattis' Motion to Enforce Settlement Agreement and the testimony presented at the evidentiary hearing held on May 15, 2018, it is hereby **ORDERED** that:

(1) Defendant's Motion to Enforce Settlement Agreement (Doc. No. 15.) is **DENIED**;

(2) this Court's Order granting Defendant's Motion to Enforce Settlement Agreement (Doc. No. 17.) is **VACATED** and all deadlines within terminated;

(3) the Clerk of Court is directed to mark Plaintiff's Emergency Motion to Request a Hearing on Motion to Enforce Settlement (Doc. No. 18.) as **GRANTED**;[1] and

(4) the Clerk of Court is directed to **REOPEN** this case.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] An evidentiary hearing was held on May 15, 2018.