# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IRENE KENDRELL, personal representative of the ESTATE OF ANTHONY KENDRELL, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | No. 17-229 |
| v. | : : | |
| JIM MATTIS, Secretary of the U.S. Department of Defense, | : : : | |
| Defendant. | : : | |

# ORDER

**AND NOW**, this 5th day of November, 2018, upon consideration of Defendant Jim Mattis', the Secretary of the United States Department of Defense ("Government"), Motion for Summary Judgment and Plaintiff Irene Kendrell's, Personal Representative of the Estate of Anthony Kendrell ("Kendrell"), *pro se* Motion for Case to Go to Trial with a Jury, it is hereby **ORDERED** that:

1. the Government's Motion for Summary Judgment (Doc. No. 40) is **GRANTED**;

2. Kendrell's *pro se* Motion for Case to Go to Trial with a Jury (Doc. No. 41) is **DENIED**; and

3. the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE